ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

THE SAINT AT LARGE,

                       Plaintiff,

               -against-

CANDYSTORE RECORDS, INC., DAVID KANE AND
JAMES LATZ PARTNERSHIP, DAVID KANE, and
JAMES LATZ,

                     Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/06

**ORDER**

05 Civ. 7237 (KMK)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference in the above-captioned action, previously scheduled for February 9, 2006, will be held on March 7, 2006, at 2:30 p.m.

Dated: New York, New York
       February 16, 2006

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE