```
                                    SDC SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT        DOC #: _____
SOUTHERN DISTRICT OF NEW YORK       DATE FILED: 3/14/0
```

The Saint at Large

              Plaintiff,

  – against –

Candystore Records, et al

              Defendants.

Case No.05 CV 7237 (KMK)(LNF)
ORDER OF
DISCONTINUANCE
ECF

KENNETH M. KARAS, District Judge:

    IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

    IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated within 30 days.

SO ORDERED,

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 13, 2006