KARAS.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

The Saint at Large, Inc.;        :

                          :      Civil Action No. 05 CV 7237 (KMK)
                          :      ECF Case

          Plaintiff,        :

                          :

Candy Store Records, Inc.,      :
David Kane and James Latz      :
Partnership, David Kane and    :      **STIPULATION OF DISMISSAL
James Latz,                   :      WITH PREJUDICE**
          Defendants.    :

-------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the parties herein, that the parties hereto, having amicably resolved their differences on the terms and conditions set forth on the record before Magistrate Judge Kevin Nathaniel Fox on March 9, 2006, the parties hereby stipulate to a dismissal of all claims and counterclaims in this action, with prejudice, pursuant to Rule 41(a)(l)(ii), Fed. R. Civ. P. Each party shall bear its own costs and attorneys' fees.

      IT IS FURTHER STIPULATED AND AGREED, by and between the attorneys for the parties herein, that the parties hereto, that the preliminary injunction entered in this matter on October 4, 2005 shall be converted to a permanent injunction on the same terms and conditions as set forth in the preliminary injunction, except that there shall be no bond required and the bond posted by plaintiff shall be released. The Court shall retain jurisdiction over this matter for any issues arising from the permanent injunction or other provisions of the settlement between the parties.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/06

492083-1

($50,000) Dollars shall be released and returned by the Clerk to plaintiff as expeditiously

as possible.

Dated: New York, New York
     May 2, 2006

MARSHA G. AJHAR             OLSHAN GRUNDMAN FROME
Attorney for Defendants        ROSENZWEIG & WOLOSKY LLP
                                Attorneys for Plaintiff

By: _____     By: _____
    Marsha G. Ajhar (MA-7644)       Randy M. Friedberg (RF-8645)
    10 West 15th Street            Park Avenue Tower
    New York, New York 10011      65 East 55th Street
    (212) 675-0556               New York, New York 10022
                                (212) 451-2300

IT IS SO ORDERED THIS ___ day of May, 2006.

_____
Kenneth M. Karas, U.S.D.J.

492083-1